UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA JEAN, C.,<br><br>                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>                    Defendant. | Case No.:  21cv1961-KSC<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR VOLUNTARY REMAND [Doc. No. 13.]** |

Before the Court is the parties' Joint Motion for Voluntary Remand. [Doc. No. 13.] In the Joint Motion, the parties request that the Court issue an order remanding the case to the Commissioner for further administrative proceedings pursuant to sentence four of Title 42, United States Code, Section 405(g).  Upon remand, the parties seek to have the Commissioner "consider all pertinent issues *de novo*, including, but not limited to, assessing plaintiff's subjective statements; and issue a new decision." [Doc. No. 13, at pp. 1-2.]  The parties also request that the Court direct the Clerk of the Court to enter final judgment in favor of plaintiff and against defendant and reversing the final decision of the Commissioner. [Doc. No. 13, at p. 2.]  Accordingly,

/ / /

/ / /

1  IT IS HEREBY ORDERED that the final decision of the Commissioner is
2  reversed, and the case is remanded to the agency for further administrative proceedings as
3  appropriate.  The Clerk of the Court is directed to enter final judgment in favor of
4  plaintiff and against defendant and terminate the case.
5  IT IS SO ORDERED.
6  Dated:  July 13, 2022

Hon. Karen S. Crawford
United States Magistrate Judge